## UNITED STATES DISTRICT COURT
## EASTERN DISTRIC OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff

-vs-

ZENOBIA M. REED,
Defendant

Case Number: 12-13544
Honorable: John Corbett O'Meara

Claim Number: 1999A13372 & 9A13373

_____/

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff herein, UNITED STATES OF AMERICA, by and through its attorney, Holzman Corkery, PLLC., requests the Plaintiff's cause be hereby dismissed, without prejudice and without cost and attorney fees to either party.

DATED:  October 23, 2012

s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC.
28366 Franklin Road
Southfield, MI  48034
248) 352-4340
usa@holzmanlaw.com